# UNITED STATES BANKRUPTCY COURT
# FOR THE
# WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| TO: MIDAMERICA HOTELS CORP<br>ATTN PAYROLL<br>105 S MT AUBURN RD<br>CAPE GIRARDEAU, MO 63703 | ) ) ) ) ) | CHAPTER 13<br><br>CASE NO: 19-50600 |
| IN RE:  BILLIE D THORN<br>SSN:  XXX-XX-8943<br>DEBTOR(S) | ) ) ) ) | |

## ORDER TO DEDUCT WAGES

The above-named party filed a petition under Chapter 13 of the Bankruptcy code on 08/15/2019 and has notified the Court that he/she is employed by the above-named employer.

Said employer is hereby authorized and directed to pay William W. Lawrence the sum of $300.00 SEMI-MONTHLY from the debtor's wages, beginning with the next payday until further order of the Court. The Trustee is directed to endorse the check of remittance, and such so endorsed shall be a receipt of all monies collected from said employer.

Said employer is directed to notify the Trustee immediately upon the termination of the debtor's services.

Pursuant to 11 U.S.C. Section 525, no private employer may terminate the employment of, or discriminate with respect to employment against an individual solely because such individual is or has been a debtor under Chapter 13 of the Bankruptcy Codes.

A copy of this order shall be mailed to the debtor(s), to the attorney, to the Trustee and to the employer.

[Ordered Tendered By:]
PAYMENTS SHALL BE MADE TO:

William W. Lawrence, Trustee
200 S. Seventh St., Suite 310
Louisville, KY 40202
Phone: (502)581-9042

ENTERED BY ORDER OF THE COURT:
UNITED STATES BANKRUPTCY JUDGE


BY: */s/Elizabeth H. Parks*
           Clerk of the Court